**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-cv-667-RJC-DCK**

| | |
|---|---|
| **MARGARET SCISM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| | ) |
| **PIEDMONT NATURAL GAS** | ) |
| **COMPANY, INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** comes before the Court on the parties' Stipulation of Partial Dismissal with prejudice as to Plaintiff's Second, Third, and Fourth Claims for Relief. (Doc. 18). The Court has reviewed this document and finds that it reflects an agreement by the parties; accordingly, the Court **adopts**[1] the terms of the stipulation and dismisses the claims listed therein with prejudice.

**It is therefore ordered that:**

1. Defendants Piedmont Natural Gas Company, Inc. and Piedmont Natural Gas Company, Inc. Short Term Disability Plan are **dismissed from this Lawsuit, with prejudice**, under Fed. R. Civ. P. 41(a).

   *As to the remaining Defendants*:

2. Plaintiff's First Claim for Relief is dismissed to the extent that it seeks short term disability (STD) benefits brought by Plaintiff in this lawsuit;

---

[1] For the benefit of the clerk of Court, the Court has re-ordered the stipulations to proceed on a claim by claim basis. Though articulated differently, the Court has not attempted to alter the terms of the stipulation as any detail. Any discrepancies in language should be understood to reflect the terms of the Stipulations in the exact form agreed to by the parties.

3. However, Plaintiff's First Claim for Relief, to the extent that it seeks long term disability (LTD) benefits remains outstanding and pending against the remaining Defendants, and this case continues as to this claim.

4. Plaintiff's Second, Third, and Fourth Claims for Relief are **dismissed with prejudice** against all Defendants

5. Plaintiff's Fifth Claim for Relief, to the extent that it seeks attorneys' fees and costs related to the claims dismissed in this order is **dismissed with prejudice.** To the extent that it does not, this claim remains open and outstanding against the remaining parties.

**For the Clerk of Court:**

This case remains open as a live case and controversy still exists between the parties. The Clerk of Court is directed to terminate Defendants Piedmont Natural Gas Company, Inc. and Piedmont Natural Gas Company, Inc. Short Term Disability Plan as they have been dismissed, with prejudice, from this suit. The other Defendants remain as aspects of Plaintiff's First and Fifth Claim persist.

Signed: September 8, 2014

Robert J. Conrad, Jr.
United States District Judge